**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SIMPLY ORANGE JUICE COMPANY, a Florida corporation, and THE COCA-COLA COMPANY, a Delaware corporation,**

**Plaintiffs,**

**v.** **Case No.: 8:08-cv-00555-SCB-TGW**

**PLASTIPAK PACKAGING, INC., a Delaware corporation, SILVER SPRINGS CITRUS, INC., a Florida corporation, and UNCLE MATT'S ORGANIC, INC., a Florida corporation,**

**Defendants.**
**_______________________________________________/**

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT, UNCLE MATT'S ORGANIC, INC.**

Plaintiffs, SIMPLY ORANGE JUICE COMPANY and THE COCA-COLA COMPANY, by and through their undersigned counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby give notice of this voluntary dismissal with prejudice of the Defendant, UNCLE MATT'S ORGANIC, INC. from the above lawsuit, with each party to bear its own fees and costs.

Dated: July 11, 2008

Respectfully submitted,

/s/Mark M. Barber
STEVEN G. BURTON
Florida Bar No.: 793167
sburton@broadandcassel.com
MARK M. BARBER
Florida Bar No.: 0573701
mbarber@broadandcassel.com
**BROAD AND CASSEL**
100 N. Tampa Street, Ste. 3500
Tampa, Florida 33602

(813) 225-3020 – telephone
(813) 225-3039 – facsimile
**Attorneys for Plaintiffs**
**SIMPLY ORANGE JUICE COMPANY**
**THE COCA-COLA COMPANY**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I have this 11th day of July, 2008, electronically filed the attached Notice with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to counsel of record, if registered CM/ECF participants.

/s/ Mark M. Barber___________